CLARK NEWBERRY LAW FIRM
Tara Clark Newberry, Esq. (SBN: 10696)
tnewberry@cnlawlv.com
810 S. Durango Drive, Suite 102
Las Vegas, NV 89145
Telephone: (702) 608-4232
Facsimile: (702) 946-1380
*Attorney for Las Vegas Equity Group, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>LAKE MEAD COURT HOMEOWNERS ASSOCIATION; LAS VEGAS EQUITY GROUP, LLC; ALESSI & KOENIG, LLC,<br><br>Defendants, | CASE NO.: 2:16-cv-00392-RFB-GWF<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT**<br>**(First Request)** |

Defendant, Las Vegas Equity Group, LLC ("LVEG"), Plaintiff, Bank of America, N.A. Successor by Merger to BAC Home Loan Servicing, LP fka Countrywide Home Loans Servicing, LP ("Bank of America, N.A.") and Defendant, Lake Mead Court Homeowner's Association ("HOA") hereby stipulate and agree as follows:

/////

/////

/////

/////

/////

/////

1

IT IS HEREBY STIPULATED AND AGREED that LVEG shall have up to and including July 24, 2019 to file its opposition to BANA's Motion for Partial Summary Judgment ("Motion"). The opposition is currently due July 22, 2019; however, due to a discrepancy in the response date in the "Notification of Electronic Filing" of the Motion, LVEG's counsel inadvertently calendared August 1, 2019 as the response due date. This is the first request for an extension of the opposition deadline.

Dated: July 22, 2019.

CLARK NEWBERRY LAW FIRM

  /s/ Tara Clark Newberry
Tara Clark Newberry, Esq.
Nevada Bar No. 10696
810 S. Durango Drive, Suite 102
Las Vegas, Nevada 89145
*Attorney for Las Vegas Equity Group, LLC*

Dated: July 22, 2019.

AKERMAN, LLP

  /s/ Jamie K. Combs
Ariel E. Stern, Esq.
Nevada Bar No. 8276
Jamie K. Combs, Esq.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Attorneys for Bank of America, N.A.*

Dated: July 22, 2019.

**THE CLARKSON LAW GROUP, P.C.**

  /s/ John W. Aylor
Adam H. Clarkson, Esq.
Nevada Bar No. 7068
Matthew J. McAlonis, Esq.
Nevada Bar No.11203
John W. Aylor, Esq.
Nevada Bar No. 13448
3230 S. Buffalo Drive, Suite 108
Las Vegas, NV 89117
*Attorneys for Lake Mead Court HOA*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 23rd day of July, 2019.